No. 14–0285/AF. U.S. v. Richard F. Greenwood. CCA 38147. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0286/AF. U.S. v. Matthew A. Hebert. CCA 38150. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0287/NA. U.S. v. Vincent M. Sanantonio. CCA 201200396. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 15, 2014.

Friday, December 27, 2013

No. 14–0151/AR. U.S. v. Aaron M. Magill. CCA 20110640. On consideration of Appellant's motion to withdraw the petition for grant of review, it is ordered that said motion is hereby denied without prejudice to the subsequent filing of a motion to withdraw that complies with Rule 21(f) on or before January 13, 2014.

No. 14–0289/AR. U.S. v. Jordan M. Peters. CCA 20110057. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 15, 2014.

No. 14–0291/NA. U.S. v. Jacob A. Brown. CCA 201300186. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 16, 2014.